NUMBER
13-10-00542-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

STEPHEN CRAIG WOOD,                                                           Appellant,

 

                                                             v.

 

PAULA LOUISE WOOD,                                                                Appellee.


____________________________________________________________

 

                           On
appeal from the 418th District Court 

                                  of
Montgomery County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before Justices
Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Stephen Craig Wood, perfected an appeal from a judgment entered by the 418th
District Court of Montgomery County, Texas, in cause number 10-04-03860-CV. 
Appellant has filed a motion to dismiss the appeal and requests that this Court
dismiss the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

            

PER CURIAM

Delivered and filed the

17th day of February, 2011.